PHILIP CASOLO, Respondent, *v.* LENA NARDELLA et al., Appellants.

Submitted November 14, 1949; decided November 23, 1949.

*W. Joseph Shanley* and *David Rosenfeld* for motion.

*M. James Conboy* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.